UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MARIA M. ROMAN,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　**Case No: 6:18-cv-621-Orl-41LRH**

**FERNANDO LOPEZ and
WATERFORD LAKES WOMEN'S
HEALTH CENTER, INC.,**

    **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on the Joint Motion for Settlement Approval ("Motion," Doc. 34). United States Magistrate Judge Leslie R. Hoffman issued a Report and Recommendation (Doc. 36), which recommends granting the Motion with one small modification. After a *de novo* review of the record, and noting that the parties filed a Joint Notice of No Objection (Doc. 37), the Court agrees with the analysis in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 36) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Settlement Approval (Doc. 34) is **GRANTED** with the following modification to the Settlement Agreement (Doc. 34-1).

1. To the extent the modification provision of the Settlement Agreement (Doc. 34-1 ¶ 11) purports to allow the Settlement Agreement to be modified without Court approval, it is **STRICKEN**.

3. The Settlement Agreement is otherwise **APPROVED**.

4. This case is **DISMISSED with prejudice**.

5. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on April 3, 2020.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record